UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARIA GIOIA,                                                       :
                                                                   :
                                                                   :  **2:19-cv-05377-JMA-SIL**
                          Plaintiff,                               :
                                                                   :  **DEFENDANT JANSSEN**
            -against-                                              :  **PHARMACEUTICALS INC.'S**
                                                                   :  **NOTICE OF MOTION TO**
JANSSEN PHARMACEUTICALS,                                           :  **DISMISS**
                                                                   :
                          Defendant.                               :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Louis M. Russo, Defendant Janssen Pharmaceuticals Inc. will move this Court, before the Honorable Joan M. Azrack, United States District Judge, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, on a date to be determined by the Court, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing all claims against Janssen with prejudice.

Dated:  January 31, 2020               Respectfully submitted,

                                       PATTERSON BELKNAP WEBB & TYLER LLP

                                       By:  /s/ John D. Winter
                                             John D. Winter
                                             Rachel B. Sherman
                                             Louis M. Russo
                                       1133 Avenue of the Americas
                                       New York, New York 10036-6710
                                       T:  212-336-2000
                                       F:  212-336-2222
                                       E:  jwinter@pbwt.com
                                            rsherman@pbwt.com
                                            lmrusso@pbwt.com

                                       *Attorneys for Janssen Pharmaceuticals Inc.*